# K&L GATES

September 28, 2016

Peter Flocos
peter.flocos@klgates.com

T 212.536.4025
F. 212.536.3901

VIA ECF

Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY  10007

**Re:  Scott v. Wei, *et al.*, No. 15-cv-9691 (RWS)**

Your Honor:

We represent defendants 6D Global Technologies, Inc. and certain of its officers and directors (the "6D Defendants") in the above-referenced matter.  We are writing to respectfully request that the Court cancel the pre-trial conference that currently is scheduled for October 12, 2016.  *See* ECF No. 12.

On February 16, 2016, the Court so ordered a Stipulation and Order Setting Schedule staying all proceedings in this matter pending, *inter alia*, entry of any order denying or granting any motion to dismiss in *Castillo, et al. v. 6D Global Technologies, Inc., et al.*, Case No. 1:15-cv-08061-RWS (the "Securities Class Action").  *See* ECF Doc. 6.  The parties have not yet completed briefing the pending motion to dismiss in the Securities Class Action; indeed, 6D Defendants' reply in support of the motion is not due until October 4, 2016, and oral argument on the motion is to be heard on October 20, 2016.  *See Castillo*, No. 1:15-cv-08061, ECF No. 116.  Moreover, discovery in this case is stayed pursuant to the Private Securities Litigation Reform Act pending resolution of that forthcoming motion to dismiss.

Given the foregoing, the 6D Defendants submit that the pre-trial conference on October 12, 2016 is unnecessary.  Accordingly, we respectfully request that the pre-trial conference be cancelled and rescheduled following resolution of the 6D Defendants' motion to dismiss in the Securities Class Action.  Plaintiffs do not object to this request.

Respectfully yours,

Peter Flocos

K&L GATES LLP
599 LEXINGTON AVENUE   NEW YORK   NY 10022-6030
T +1 212 536 3900  F +1 212 536 3901  klgates.com

cc:  All counsel of record (via ECF)

September 28, 2016