# EXHIBIT B

| | |
|---|---|
| **From:** | NYGG Asia |
| **To:** | Michael Firestone; law |
| **Subject:** | Fw: Re: Shareholder confirmation: NYGG Asia |
| **Date:** | Sunday, February 11, 2018 9:25:38 PM |

Mr. Firestone. Fyi below.
----- Original Message -----
From: Tejune Kang <ceo@6dglobal.com>
To: "newdays789@sina.com" <newdays789@sina.com>
Subject: Re: Shareholder confirmation: NYGG Asia
Date: 2018-02-12 09:59

John,

This is correct.

Tejune Kang
Founder, Chairman and CEO

1500 Broadway 5th floor
Time Square
New York, NY 10036

925.858.8002 mobile

Sent from my Samsung mobile....


-------- Original message --------
From: NYGG Asia <newdays789@sina.com>
Date: 2/11/18 7:42 PM (GMT-05:00)
To: Tejune Kang <ceo@6dglobal.com>
Subject: Shareholder confirmation: NYGG Asia

February 11, 2018

To the Corporate Secretary of 6D Global Technologies, Inc.:

We are NYGG (Asia), Ltd., the largest individual shareholder of 6D Global Technologies, Inc. ("6D Global"). I would appreciate you confirming the following by letter no later than Monday, February 12, 2018:

      (i)     NYGG (Asia) acquired 35,149,883 shares of 6D Global common stock on or about October 7, 2014. NYGG (Asia) has been the continuous owner of such shares through the date of this letter, which shares constitute about 44.9% of the total outstanding shares of 6D Global.

      (ii)    Early Bird Tech Limited ("Early Bird"), a wholly-owned subsidiary of NYGG (Asia), acquired 480,000 shares of 6D Global common stock on or about September 29, 2014. Early Bird has been the continuous owner of such shares through the date of this

letter, which shares constitute about 0.6% of the total outstanding shares of 6D Global.

Please reply with your confirmation ASAP before February 11, 2018. Thank you,

Sincerely,
John Liu
Office Manager
NYGG (Asia) Ltd.

---

**NOTE**: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender immediately by e-mail, delete this e-mail from your system and do not disseminate, distribute or copy this e-mail. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.