## Richard C. Lee
225 Liberty Street, 9-E214B
New York, NY 10248

February 12, 2018

**BY EMAIL**

6D Global Technologies, Inc.
275 7th Avenue, Suite 728
New York, NY 1001
Attn: Corporate Secretary

***Re:*** ***Confirmation of Stock Ownership by Certain Trust Entities***

Dear Corporate Secretary:

I am the acting trustee on behalf of the following trusts (the "Trusts"), which are shareholders of 6D Global Technologies, Inc. (the "Company"). Please confirm by letter, no later than Tuesday, February 13, 2018, that the Trusts own shares of the Company in the following amounts:

| Name | No. Shares | Purchase Date |
|------|-----------|---------------|
| Capricorn Irrevocable Grantor Trust | 3,213,768 | June 18, 2015 |
| Epics Grantor Retained Annuity Trust I | 1,500,000 | September 29, 2014 |
| Epics Grantor Retained Annuity Trust II | 4,000,000 | September 29, 2014 |
| Epics Grantor Retained Annuity Trust III | 800,000 | September 29, 2014 |
| Kaskade Grantor Retained Annuity Trust | 2,000,000 | September 29, 2014 |
| The Le Cheval Irrevocable Grantor Trust | 1,659,420 | June 18, 2015 |

Please send written confirmation to me at richard.c.lee@gmail.com.

Very Truly Yours,


Richard C. Lee