UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

ALLAN SCOTT, DERIVATIVELY AND ON
BEHALF OF 6D GLOBAL TECHNOLOGIES,
INC.,

                Plaintiff,

  - against -

BENJAMIN TIANBING WEI A/K/A BENJAMIN
WEY; NEW YORK GLOBAL GROUP, INC.;
NYGG (ASIA) LTD., TEJUNE KANG;
MARK SZYNKOWSKI; ADAM HARTUNG;
DAVID S. KAUFMAN; TERRY MCEWEN;
ANUBHAV SAXENA; PIOTR A.
CHRZASZCZ, and MICHAEL BANNOUT,

                Defendants.

---------------------------------------X

15 Civ. 9691 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/18

**Sweet, D.J.**

      Plaintiff's motion for leave to file a Second Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure shall be heard at 12:00 PM on Wednesday, October 24, 2018 2018 in Courtroom 18C, United States Courthouse, 500 Pearl Street.

      It is so ordered.

**New York, NY**
**July 10, 2018**

                                              **ROBERT W. SWEET**
                                                      U.S.D.J.