# EXHIBIT 3

**tim brown**
___

| | |
|---|---|
| **From:** | Timothy W. Brown, Esq. |
| **Sent:** | Friday, July 21, 2017 7:19 PM |
| **To:** | 'Tom M. Fini' |
| **Subject:** | RE: Scott v. Wei, 15-cv-08061 |

Thanks, Tom, for memorializing our mutual understanding of our agreement.

Have a nice weekend.

Best regards,
Timothy W. Brown, Esq.
The Brown Law Firm, P.C.
240 Townsend Square
Oyster Bay, NY 11771
www.thebrownlawfirm.net
Tel: 516-922-5427
Fax: 516-344-6204

-----Original Message-----
From: Tom M. Fini [mailto:tom@catafagofini.com]
Sent: Friday, July 21, 2017 5:32 PM
To: tbrown@thebrownlawfirm.net
Subject: Re: Scott v. Wei, 15-cv-08061

Dear Timothy:

This confirms our discussion and agreement today that you will provide me and Andrew Morrison 40 days advance notice by email that you intend to trigger the defendants' obligation to respond to the then-latest pleading.

I have agreed on behalf of the defendants I represent that they will not oppose any motion you make to amend your pleading.

I also agree to, in the future, grant you any reasonable extensions, in light of your agreement to the above.

Please confirm that you received this. Have a good weekend.

Regards,


Tom M. Fini, Esq.
CATAFAGO FINI LLP
The Empire State Building
350 Fifth Ave., Suite 7710
New York, NY 10118
212.239.9669 tel
212.239.9688 fax
917.561.4143 cell
www.catafagofini.com

1

> On Jul 21, 2017, at 4:34 PM, Tom M. Fini <tom@catafagofini.com> wrote:
>
> Dear Timothy:
>
> I am new, incoming counsel for defendants that were represented by Peter Flocos.  Please let me know where I can reach you to discuss relevant deadlines and extensions that I will be requesting as a professional courtesy.  Thanks.
>
> Regards,
>
> Tom M. Fini, Esq.
> CATAFAGO FINI LLP
> The Empire State Building
> 350 Fifth Ave., Suite 7710
> New York, NY 10118
> 212.239.9669 tel
> 212.239.9688 fax
> 917.561.4143 cell
> www.catafagofini.com
>