

Andrew L. Morrison
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 790-4581
E-mail: AMorrison@manatt.com

July 24, 2018

**BY FACSIMILE (212-805-7925) AND ECF**

Honorable Robert W. Sweet
United States District Judge
United States District Court of the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>Scott v. Wei et al.</u>, No. 15-cv-9691 (RWS)

Dear Judge Sweet:

    I am writing on behalf of all parties to the above-referenced action, pursuant to the Court's Order dated July 12, 2018 (the "July 12 Order") (Docket No. 57). The parties have not settled by today's date. Although the parties continue to discuss settlement, the Company Defendants and the Former Outside Director Defendants plan to submit their respective motions/opposition according to the briefing schedule set forth in the July 12 Order. A copy of the July 12 Order is attached for the Court's ease of reference.

                              Respectfully submitted,

                              Andrew L. Morrison

Attachment

Cc: All Counsel (via email and ECF)

7 Times Square, New York, New York 10036  Telephone: 212.790.4500  Fax: 212.790.4545

Albany | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.


manatt | phelps | phillips

Andrew L. Morrison
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 790-4581
E-mail: AMorrison@manatt.com

BY FACSIMILE (212-805-7925) AND ECF

July 11, 2018

Honorable Robert W. Sweet
United States District Judge
United States District Court of the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Scott v. Wei et al.*, No. 15-cv-9691 (RWS)

Dear Judge Sweet:

    I am writing on behalf of all parties to the above-referenced action, as directed by the Court, to set forth the schedule discussed at yesterday's preliminary conference, which is to be "So Ordered."

    As instructed by Your Honor, the parties are to engage in a good faith effort to settle this action over the next two weeks and will report back to the Court, by letter, on July 24, 2018.

    In the event that the parties cannot agree to settle, defendants Adam Hartung, David S. Kaufman and Anubhav Saxena (the "Former Outside Director Defendants") will serve and file opposition to plaintiff's motion for leave to file a second amended complaint on or before August 23, 2018. The Former Outside Director Defendants, as well the remaining defendants represented by Mr. Fini (the "Company Defendants"), will, respectively, cross-move to dismiss the Amended Verified Shareholder Derivative Complaint on or before August 23, 2018.

    Plaintiff will serve and file opposition to the respective motions to dismiss made by the Company Defendants and the Former Outside Director Defendants and a reply on his motion for leave to amend on or before September 28, 2018.

    The Company Defendants and the Former Outside Director Defendants will serve and file replies on their respective motions to dismiss on or before October 18, 2018.



Honorable Robert W. Sweet
July 11, 2018
Page 2

Oral argument will be heard on all motions on October 24, 2018.

Respectfully submitted,

Andrew L. Morrison

Cc: All Counsel (via email and ECF)

SO ORDERED:

_____
Honorable Robert W. Sweet
U.S.D.J.   7-12-18