# LUPKIN PLLC

80 Broad Street, Suite 1301
New York, NY 10004

Tel: (646) 367-2771
Fax: (646) 219-4870
www.lupkinpllc.com



September 18, 2018

**VIA ECF**

Hon. Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *Scott v. Wei, et al.*, 1:15-cv-09691 (RWS)
   **Request for Briefing Schedule on NYG Defendants' Motion to Dismiss**

Dear Judge Sweet:

We represent Defendants Benjamin Wey and NYG Capital, LLC, identified incorrectly in the Amended Complaint as "Benjamin Tianbing Wei a/k/a Benjamin Wey" and "New York Global Group, Inc." (collectively, the "NYG Defendants"). We submit this letter to request that Your Honor so order the parties' agreed-upon briefing schedule for the NYG Defendants' motion to dismiss.

Plaintiff filed an Amended Complaint in July 2016. (*See* Dkt. No. 17.) After failed settlement attempts, the Court set a briefing schedule for motions to dismiss and in opposition to plaintiff's motion to amend the complaint. (*See* Dkt. Nos. 57, 77.) Oral argument on those motions is schedule for October 24, 2018.

Plaintiff recently attempted to obtain a default against the NYG Defendants (*See* Dkt. Nos. 66-69). The clerk rejected the proposed default because plaintiff had not filed proof of service of the Amended Complaint on the NYG Defendants. (*See* 8/17/2018 Dkt. Notice.) Plaintiff then served the Amended Complaint on the NYG Defendants, and the NYG Defendants moved to dismiss. (*See* Dkt. No. 89.)

Plaintiff and the NYG Defendants agreed that the briefing schedule and oral-argument date for the NYG Defendants' recently filed motion should match those for the other currently outstanding motions. We thus respectfully request that the Court endorse this letter and so-order the following schedule for the NYG Defendants' motion:

*So ordered*
*Sweet USDJ*
*9-19-18*

Hon. Robert W. Sweet
September 18, 2018
Page 2 of 2

- plaintiff's opposition papers due no later than October 5, 2018;
- NYG Defendants' reply papers due no later than October 22, 2018;
- oral argument at noon on October 24, 2018.

We are grateful for the Court's prompt attention to this request.

Respectfully,

Nathaniel E. Marmon

cc:   Timothy Brown (via ECF)
      Tom Fini (via ECF)
      Andrew Morrison (via ECF)

4826-6001-4451, v. 1